UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALLOY INTERACTIVE, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-2703 |
| | § | |
| ARITZ ALSON, | § | |
| | § | |
| *Defendant*. | § | |

**AGREED FINAL JUDGMENT**

Plaintiff Alloy Interactive, Inc., d/b/a Alloy Multimedia, Inc. ("Alloy") and Defendant Aritz Alson ("Alson") have jointly moved for entry of judgment under Federal Rule of Civil Procedure 54(b), as to Counts 1 - Declaration of Non-Infringement of the Disputed Works; II - Declaration of Authorship of the Disputed Works; and IV - Declaration Ownership of the Disputed Works. (*See* Dkt. 24). This Court has determined that no just reason for delay exists and directs entry of Judgment under Rule 54(b).

The parties have resolved the disputes between them that were raised in this action or could have been raised in this action, including Counts I, II and IV referenced above. Therefore, it is ORDERED,

Alson is entitled to attribution for the creation of the materials identified as the "Disputed Works" and that subject only to such attribution, Alloy and Alson shall be named the co-authors of those Disputed Works identified and attached hereto as Exhibit A.

Alloy and Alson shall have the independent copyright to the Disputed Works identified and attached hereto as Exhibit A.

Alloy and Alson shall each be allowed to independently exercise and enforce any reproduction, adaptation, public distribution, transmission, public display rights over the Disputed Works, except as to each other, which include their predecessors, successors, parent entities, assigns, employees, shareholders, officers, directors, agents, subsidiaries, affiliate entities, distributors, insurers and attorneys.

All updated versions of the Disputed Works, or derivatives thereof shall be owned and authored by the party who creates such updated version or derivatives of the Disputes Works after the date of Judgment.

This is a FINAL JUDGMENT.

Signed at Houston, Texas on November 13, 2006.

_____
Gray H. Miller
United States District Judge